Eric M. Boeing SBN 245824
Boeing Law Offices
1300 Clay St, Ste 600
Oakland, CA  94612
(510) 761-6230 Tel
(510) 550-2894 Fax

Attorney for Debtor(s)

Signed and Filed: February 1, 2013

_____
**THOMAS E. CARLSON**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: | Case No.: 12-33538 SFC |
| | Chapter 13 |
| DAVID R. WISE and | |
| MELANIE E. WISE, | ORDER VALUING JUNIOR LIEN OF |
| | GREEN TREE SERVICING |
| DEBTORS. | |

On January 7, 2013, Debtors filed an motion to value the junior lien of Green Tree Servicing (hereinafter Lienholder) against the property commonly known 1640 9th Avenue, San Francisco California 94122 and more fully described in Exhibit A hereto, which lien was recorded in San Francisco County on or about March 7, 2007 as document DOC-2007-1348488-00 (hereinafter the Lien).

The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtors' motion, the court hereby orders as follows:

(1) For purposes of Debtors' Chapter 13 plan only, the Lien is valued at zero, Green Tree Servicing does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtors' confirmed Chapter 13 plan.

(3) Upon entry of a discharge or completion of plan payments in Debtors' Chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtors, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtors' Chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge or completes plan payments, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

Brian F. Corey
Green Tree Servicing
Senior VP & General Counsel
345 St Peter St #1100
St Paul, MN 55102