# Notice Recipients

District/Off: 0971−3     User: awong     Date Created: 2/4/2013
Case: 12−33538     Form ID: pdfeoc     Total: 2

**Recipients of Notice of Electronic Filing:**
ust     Office of the U.S. Trustee / SF     USTPRegion17.SF.ECF@usdoj.gov

                                                  TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
     Brian F. Corey     Green Tree Servicing     Senior VP &General Counsel     345 St. Peter St. #1100     St Paul, MN 55102

                                                  TOTAL: 1